**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 10, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 13 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The status conference is adjourned from January 14, 2020 to February 18, 2020 at 10:00 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

JAN 13 2020

Re: United States v. Mendel Zilberberg and Aron Fried,
19 Cr. 802 (GBD)

Dear Judge Daniels:

The Government writes on behalf of the parties to respectfully request an adjournment of the pretrial conference currently scheduled for January 14, 2020 at 10:00 a.m. for approximately 30 days. In addition, the Government respectfully requests that time be excluded under the Speedy Trial Act until the next conference date set by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial as it will enable the parties to discuss a potential disposition of this matter and permit the defense additional time to review discovery. Counsel for both defendants, Mendel Zilberberg and Aron Fried, consent to these requests.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: s/ Kimberly J. Ravener
Kimberly J. Ravener / Sagar K. Ravi
Assistant United States Attorneys
(212) 637-2358 /-2195

cc: Isabelle Kirshner, Esq.
Benjamin Brafman, Esq.