**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 14, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 1 4 2020

**BY ECF**

SO ORDERED

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

FEB 1 4 2020

The status conference scheduled for February 18m 2020 is adjourned to April 28, 2020 at 10:00 a.m.

*George B. Daniels*

Re:   United States v. Mendel Zilberberg and Aron Fried
      19 Cr. 802 (GBD)

Dear Judge Daniels:

The Government writes on behalf of the parties to respectfully request an adjournment of the conference currently scheduled for February 18, 2020 at 10:00 a.m. for approximately 60 days. This adjournment will allow time for the Government to complete discovery and for the parties to engage in discussions regarding a potential pretrial disposition of this case.

In addition, the Government respectfully requests that time be excluded under the Speedy Trial Act until the next conference date set by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial as it will enable the Government to complete discovery and allow additional time for the defendants to review discovery and for the parties to discuss a potential disposition of this matter. Counsel for both defendants, Mendel Zilberberg and Aron Fried, consent to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Kimberly J. Ravener / Sagar K. Ravi
Assistant United States Attorneys
(212) 637-2358 /-2195

cc:   Isabelle Kirshner, Esq.
      Benjamin Brafman, Esq.