

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 28, 2020

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    **Re:**   ***United States v. Mendel Zilberberg and Aron Fried*, 19 Cr. 802 (GBD)**

Dear Judge Daniels:

    The Government writes on behalf of the parties in the above-referenced case to respectfully request an adjournment of the status conference currently scheduled for August 4, 2020 at 10:00 a.m.

    As the Court is aware, on November 12, 2019, the defendants Mendel Zilberberg and Aron Fried were arrested and arraigned on charges in the above-referenced indictment involving bank fraud and making false statements to a bank, in connection with a fraudulent scheme to obtain a $1.4 million loan from Park Avenue Bank. Zilberberg was also separately charged with embezzlement and misappropriation of bank funds while he was a director of Park Avenue Bank.

    The Government has conferred with defense counsel for each defendant, and we respectfully request an adjournment of the August 4, 2020 status conference for approximately sixty days to allow time for the Government to produce supplemental discovery and for the defendants to complete their review of the discovery and determine what pretrial motions they may seek to file.

    The Government further respectfully requests that time be excluded under the Speedy Trial Act until the next scheduled conference in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by the granting of this

July 28, 2020
Page 2

continuance outweigh the best interests of the public and the defendant in a speedy trial.  Both defendants have consented to the exclusion of time through their respective counsel.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _____
Kimberly J. Ravener / Sagar K. Ravi
Assistant United States Attorneys
(212) 637-2358  / 2195