# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: ATTORNEYS@BRAFLAW.COM

**BENJAMIN BRAFMAN**

MARK M. BAKER
OF COUNSEL

MARC A. AGNIFILO
OF COUNSEL

ZACH INTRATER
OF COUNSEL

ANDREA L. ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R. GERAGOS
ADMITTED IN NY & CA
STUART GOLD

October 8, 2020

VIA ECF
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Zilberberg, 19 Cr. 802 (GBD)

Dear Judge Daniels:

    We represent Mendel Zilberberg in the above-referenced case. The next court conference for Mr. Zilberberg and his co-defendant, Mr. Fried, is scheduled for Tuesday, October 13, 2020. Because both Mr. Zilberberg and Mr. Fried have significant health issues and are at a higher risk for severe illness from COVID-19, we respectfully request—with the consent of the government—that all parties and all counsel be allowed to participate in this conference via video or telephone. We have discussed this issue with Mr. Zilberberg, and he has agreed to waive his right to appear in person. Counsel for Mr. Fried (Isabelle Kirshner, Esq., and Brian Linder, Esq.) have informed us that they have discussed this matter with Mr. Fried, who has also agreed to waive his right to appear in person.

    Thank you for your consideration of this matter.

Respectfully submitted,

Benjamin Brafman, Esq.

cc:    All Counsel (via ECF)