

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 26, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Re:    *United States v. Mendel Zilberberg and Aron Fried*, 19 Cr. 802 (GBD)**

Dear Judge Daniels:

The Government writes on behalf of the parties in the above-referenced case to respectfully request an adjournment of the status conference currently scheduled for March 30, 2021 at 10:00 a.m. for approximately six to eight weeks.

As the Court is aware, a schedule for pretrial motions in this matter was previously set by the Court, and the defense elected not to file any such motions.  The parties have agreed that, as a result, a trial date may be set in this matter and expect to propose potential trial dates within the first quarter of 2022 for the Court's consideration.  The parties are currently engaged in discussions regarding a mutually agreeable schedule to propose.

The Government further respectfully requests that time be excluded under the Speedy Trial Act until the next scheduled conference in the interest of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).  The exclusion of time will allow the parties to further discuss potential trial dates, and to prepare for trial, as well as the potential for any pretrial disposition of this matter. The Government submits that the ends of justice served by the granting of this continuance

March 26, 2021
Page 2

outweigh the best interests of the public and the defendant in a speedy trial.  Both defendants have consented to the exclusion of time through their respective counsel.

                    Respectfully submitted,

                    AUDREY STRAUSS
                    United States Attorney

            By: **s/ Kimberly J. Ravener**_____
                    Kimberly J. Ravener / Sagar K. Ravi
                    Assistant United States Attorneys
                    (212) 637-2358 / 2195