USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 25 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG and ARON FRIED,

    Defendants.

------------------------------------- x

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for March 30, 2021 is adjourned to May 25, 2021 at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), until that time.

Dated: New York, New York
      March 29, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge