**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------X

UNITED STATES OF AMERICA,

-against-

MENDEL ZILBERBERG and ARON FRIED,

Defendants.

-----------------------------------X

ORDER

19 Cr. 802 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAY 12 2021

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for May 25, 2021 is adjourned to June 29, 2021 at 10:00 a.m.

Dated: New York, New York
      May 12, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge