

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Mendel Zilberberg and Aron Fried*, 19 Cr. 802 (GBD)

Dear Judge Daniels:

    The Government writes to respectfully request that time be excluded under the Speedy Trial Act in light of the Court's May 12, 2021 order, Dkt. 51, adjourning the next status conference in this case to June 29, 2021. The exclusion of time until June 29, 2021 will allow the parties to further discuss potential trial dates, and to prepare for trial, as well as to confer regarding the potential for any pretrial disposition of this matter. *See* 18 U.S.C. § 3161(h)(7)(A). The Government respectfully submits that for these reasons, the ends of justice served by the granting of this request outweigh the best interests of the public and the defendants in a speedy trial. Both defendants have consented to the exclusion of time through their respective counsel.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney

                  By: **s/ Kimberly J. Ravener**_____
                      Kimberly J. Ravener / Sagar K. Ravi
                      Assistant United States Attorneys
                      (212) 637-2358 / 2195