**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

UNITED STATES OF AMERICA,

-against-

MENDEL ZILBERBERG and ARON FRIED,

Defendants.

------------------------------------ x

JUN 2 8 2021

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

The status conference currently scheduled for June 29, 2021 is adjourned to August 3, 2021 at 10:00 a.m.

Dated: New York, New York
June 28, 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge