

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 2, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: AUG 0 2 2021

Re: **United States v. Mendel Zilberberg and Aron Fried**,
19 Cr. 802 (GBD)

Dear Judge Daniels:

The Court recently adjourned the status conference scheduled for August 3, 2021 to August 17, 2021 at 10:00 a.m. The Government therefore respectfully requests that time be excluded under the Speedy Trial Act until the next conference date of August 17, 2021 pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial as it will enable the parties to continue discussions regarding a potential pretrial disposition of this matter and preparation for trial. Counsel for both defendants, Mendel Zilberberg and Aron Fried, consent to this request.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Sagar K. Ravi*
Kimberly J. Ravener / Sagar K. Ravi
Assistant United States Attorneys
(212) 637-2358 /-2195