**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 15, 2021

**BY ECF**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

DEC 1 6 2021

Re: **United States v. Mendel Zilberberg and Aron Fried,**
19 Cr. 802 (GBD)

Dear Judge Daniels:

The Government understands that the above-captioned case has been assigned to a potential second-position trial date of March 21, 2022, which is two weeks later than the date originally set by the Court. In light of this change, the parties respectfully request that the Court modify the current motion *in limine* schedule by extending all applicable deadlines by two weeks. With this modification, motions *in limine* would be due on January 21, 2022.

For the same reasons, the Government therefore respectfully requests that time be excluded under the Speedy Trial Act until the revised potential trial date of March 21, 2022, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial as it will enable the parties to continue discussions regarding a potential pretrial disposition of this matter and preparation for trial. Counsel for both defendants, Mendel Zilberberg and Aron Fried, consent to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **DEC 1 6 2021**

By: *Kimberly J. Ravener*
Kimberly J. Ravener / Sagar K. Ravi
Assistant United States Attorneys
(212) 637-2358 /-2195