**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG and ARON FRIED,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

JAN 0 3 2022

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

The jury trial is adjourned to begin on May 23, 2022 at 9:45 a.m.  The pretrial conference

is adjourned to April 26, 2022 at 10:30 a.m.  Motions *in limine* are to be filed by March 29, 2022.

Dated: New York, New York
      January 3, 2022

SO ORDERED.

*George B. Daniels*

GEORGE B. DANIELS
United States District Judge