UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG and ARON FRIED,

    Defendants.

------------------------------------ x

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

The jury trial is adjourned to begin on January 23, 2023 at 9:45 a.m. The pretrial conference is adjourned to October 18, 2022 at 10:30 a.m. Pretrial motions are to be filed by September 16, 2022.

Dated: New York, New York
      March 28, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge