**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2022

**BY ECF & EMAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: OCT 12 2022

Re: **United States v. Mendel Zilberberg and Aron Fried,**
19 Cr. 802 (GBD)

Dear Judge Daniels:

The parties in the above-referenced case jointly write to request a four-week adjournment of the motion in limine schedule. Trial is currently scheduled for January 23, 2022. On September 7, 2022, the parties requested a four-week adjournment of the motions in limine schedule in order to allow the parties to continue engaging in serious discussions regarding the potential for a pretrial disposition, which could substantially impact the need for motions in limine. (Dkt. No. 73). That motion was granted by the Court and motions in limine are currently due on October 17, 2022. (Dkt. No. 74). Although discussions have advanced considerably, the parties do not believe the discussions will be complete prior to October 17, 2022. In addition, counsel for one of the parties is currently recovering from an accident, which has delayed discussions as to that party. As a result, the parties respectfully request that the Court adjourn the current motion in limine deadline until approximately November 17, 2022 or thereafter. Counsel for defendants Fried and Zilberberg consent to this application.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Kimberly J. Ravener*
Kimberly J. Ravener / Dina McLeod
Assistant United States Attorneys
(212) 637-2358 /-1040