

305 Madison Avenue
New York, NY 10165
T: 212-922-1080
F: 212-949-8255

Isabelle A. Kirshner
Partner
kirshner@clayro.com

October 14, 2022

Hon. George Daniels
United States Courthouse
500 Pearl Street
New York, NY 10013
BY ECF

Re: <u>United States v. Zilberberg and Fried</u>
19 Crim. 802 (GBD)

Dear Judge Daniels:

    We are the attorneys for Aron Fried, a defendant named in the above-entitled matter. I am writing to request an adjournment of the status conference, presently scheduled for October 18, 2022.

    Your honor recently granted a request for an extension of time to file motions in limine until November 17, 2022. The scheduled conference is the final pre-trial conference, so we respectfully request that the next status conference be scheduled after November 17, 2022.

    I have spoken with counsel for Mr. Zilberberg and he joins in this request. Both defendants agree to waive Speedy Trial time until the next conference. The Government has no objection to this request.

    Thank you for your attention to this matter.

    Very truly yours,

    /s/
    ISABELLE A. KIRSHNER

BY ECF
Kimberly Ravener
Dina McLeod
Benjamin Brafman
Jacob Kaplan