**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

          -against-

MENDEL ZILBERBERG and ARON FRIED,

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                           ORDER

                    19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

At the Defendants' request, the pretrial conference scheduled for October 18, 2022 is adjourned to November 29, 2022 at 9:45 a.m.  Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until that time.

The Clerk of Court is directed to close ECF No. 79 accordingly.

Dated: New York, New York
       October 17, 2022

                         SO ORDERED.

                         GEORGE B. DANIELS
                         United States District Judge