UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG and ARON FRIED,

    Defendants.

------------------------------------ x

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Clerk of Court is directed to close the open motion at ECF Nos. 71 and 73 as having been resolved by this Court's orders at ECF Nos. 72 and 74.

Dated: New York, New York
       October 17, 2022

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge