**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                     :
                                              :
       -against-                          :
                                              :                    <u>ORDER</u>
                                              :
MENDEL ZILBERBERG,                            :                    19 Cr. 802 (GBD)
                                              :
             Defendants.         :
                                              :
                                              :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

      A pretrial conference is scheduled for January 11, 2023, at 10:00 a.m. Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the trial date of January 23, 2023.

Dated: New York, New York
       November 30, 2022

                                  SO ORDERED.

                                  *George B. Daniels*

                                  GEORGE B. DANIELS
                                  United States District Judge