UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG,

    Defendant.

------------------------------------- x

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

    Trial is set for July 10, 2023 at 9:45 a.m.

Dated: New York, New York
       January 17, 2023

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge