

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2023

**BY ECF and EMAIL**

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: **United States v. Mendel Zilberberg**, 19 Cr. 802 (GBD)

Dear Judge Daniels:

  The parties write to provide their availability for trial in the above-referenced matter. As was discussed at the pretrial conference on January 11, 2023, a trial in this matter was scheduled for January 23, 2023. However, the defendant sought an adjournment in order to review an additional production of documents. The Court granted that motion, which was not opposed by the Government. The parties are available as follows:

- May 1 or May 8, 2023
- June 2023 (any week)
- July 5, 2023
- August 21, 2023

  In order to enable the Government to maintain continuity on its trial team, the Government has a preference for the July 5, 2023 date. The defendant has a preference for a May or June trial date.

  The Government respectfully requests that time be excluded under the Speedy Trial Act until July 5, 2023 or until any other date certain which the Court sets for trial, pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The Government submits that the exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendants in a speedy trial as it will enable the parties to continue their preparation for trial. Counsel for the defendant consent to this request.

Time is excluded in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A) until July 10, 2023.

Dated: January 23, 2023
   New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Dina McLeod*
Kimberly J. Ravener / Dina McLeod/
Daniel Nessim
Assistant United States Attorneys
(212) 637-2358 /-1040 / - 2486