UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,

-against-

MENDEL ZILBERBERG,

Defendants.
------------------------------------- x

ORDER

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

The Clerk of Court is directed to close the open motion at ECF No. 84.

Dated: March 21, 2023
     New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge