# Exhibit A

Hon. George Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

<u>United States v. Aron Fried</u>
19 Crim. 802 (GBD)

Dear Judge Daniels:

Although I consider myself a man of words, this is by far the most difficult letter I've ever had to write. How do I express the bitter remorse that overwhelms me when I think of what I have done?

I did things unintelligently. I, who pride myself on my common sense and cautious nature did not use it at the time. Not in my wildest dreams did I think I would pay such a great price for poor judgment. Indeed, this has by far been the hardest time of my life.

When God took both my parents from me within a span of a few months, I knew that was an act of God. Something I could not prevent or change. My parents left a legacy of honesty and integrity, and I vowed to follow in their footsteps. I feel I have let them down. I tried to make them proud throughout my life.

My family has gone through many challenges and trauma. ███████████████████████
████████████████████████████████████████████████████████████████. All my hair fell out. My kids and my grandchildren were so traumatized. My wife had to call in some trauma therapist to help us and help our children with our new reality. I was so sick most of that year that I was undergoing treatments. It affected my children in school, and I couldn't be the father they so badly needed.

[redacted paragraph]

All this time my dear wife was by my side taking care of my physical needs as well as being there for our family. She tried to keep everyone's spirits up. She arranged for friends to come visit and

cheer us up and just made the atmosphere in our home happier. But inside she was falling apart.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇, we were woken up at about 6 am and I was picked up and taken out of my home in handcuffs. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I consulted with professionals who guided us in the right direction. But this I brought upon myself, and it pained me even more. My regret is so great that no paper can absorb it. Didn't my family endure enough hardships that I had to add this to the list? My wife does not deserve this. My children and grandchildren who are so dependent on me do not deserve this.

My children suffered so much as result of my actions. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ lost his business, and has anxiety too. ▇▇▇▇▇▇▇▇▇▇ and we were scared for his life. ▇▇▇▇▇▇▇▇▇▇▇▇ My younger daughter has not been able to graduate with a diploma, she couldn't focus on school and concentrate on her studies. As you can see my family has gone thru all this because of me and it hurts me terribly. I love my wife and children and I made them suffer. I too have been in therapy now for several years, and still go every week to learn how to cope with our family's struggles and the harm I have caused. I cannot forgive myself, but I cannot change the past, only look to the future.

Honorable Judge, I am in essence an honest man and I know whoever knows me can attest to that.

In Judaism, repentance is a very strong concept. The necessary step for true repentance holds true for everyone. The first step is remorse.

Honorable Judge, if you can look into my heart for just a moment you will see the regret I feel and have felt ever since I was confronted with the consequences of my actions….well before my arrest. I have not had one serene moment since.

The next step is admitting one's mistake. I do so now I admit I was wrong. I relied, in part on my lawyer, Mr. Zilberberg. But I knew that Abraham Kahane is a man who does not know the difference between right and wrong and I should have known that any business that he was involved with is suspect. And I now experience the deep humiliation of my wrongdoing.

The last step to repentance is to never do it again! This Honorable Judge, I can guarantee! I will never do it again. Never will I put myself into the state of mind that I have spent the past year in. Never will I play around with the thinking that I know what I am doing, because now I know what I must do. There are reasons, there are lawyers and financial advisors out there and I will avail myself to them if need to be.

Honorable Judge, as I sit here and type these words, shame overtakes me. How indeed did I let a lifetime of integrity be so destroyed by my thoughtlessness? How indeed did I drag myself, my family, my devoted caring wife, my friends, my community into this needless pit of shame and regret. To approach people who think highly of me and tell them I pled guilty what do I have left if not self-respect.

To come beg his honor for mercy when I could have prevented all this. To wake up and go to sleep and spend every hour in between ruminating over my run in with the law. I Aron Fried, husband, father, grandfather, friend do so many, did not behave honestly, oh the shame of it All!

Honorable Judge, with these thoughts in mind I turn to you with tears in my eyes. Please do not punish me for my mistake. I have suffered enough. The pain, the shame, and humiliation are enough! Please do not add on to my family's pain. Please accept these years of atonement as enough punishment and help me turn over a new leaf. Please help me move on with a clean slate and easier heart.

The lesson learnt will be digested, shared, and processed over the course of my lifetime. I have paid too great a price to let them fall away.

Honorable Judge, you too are a human being and as such please see a human being who stands before you today begging for mercy.

Please see me as a good honest fellow who made a great mistake. Please accept this letter and its accompanying tears and shame and treat me with kindness and gentleness, as I have tried to treat others my entire life.

Sincerely,

*Aron Fried*

Aron Fried