UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------

UNITED STATES OF AMERICA,

      v.

MENDEL ZILBERBERG,

            Defendant.

-------------------------------------------------------------

**VERDICT FORM**
19-CR-802 (GBD)

### COUNT ONE
(Conspiracy to Commit Bank Fraud)

Not Guilty _____                                         Guilty _____

### COUNT TWO
(Bank Fraud)

Not Guilty _____                                         Guilty _____

### COUNT THREE
(Conspiracy to Make False Statements to a Bank)

Not Guilty _____                                         Guilty _____

### COUNT FOUR
(Making False Statements to a Bank)

Not Guilty _____                                         Guilty _____

### COUNT FIVE
(Embezzlement and Misappropriation of Bank Funds)

Not Guilty _____                                         Guilty _____

_____            _____
Foreperson                                                            Date