**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

MENDEL ZILBERBERG,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

OPINION

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Zilberberg's consent motion to postpone sentencing is GRANTED. The November 29, 2023 sentencing is adjourned to January 9, 2024, at 10:00 a.m. The parties' deadline to object to the draft Presentence Report is adjourned to November 10, 2023. The Probation Department's deadline to disclose the final Presentence Report is adjourned to December 1, 2023. The Clerk of Court is directed to close the open motion at ECF No. 139.

Dated: October 25, 2023
      New York, New York

SO ORDERED.

_George B. Daniels_

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE