**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

UNITED STATES OF AMERICA,

    -against-

MENDEL ZILBERBERG,

             Defendant.

------------------------------------- x

OPINION

19 Cr. 802 (GBD)

GEORGE B. DANIELS, United States District Judge:

The February 13, 2024 sentencing is adjourned to March 19, 2024, at 10:30 a.m.

Dated: February 15, 2024
New York, New York

SO ORDERED.

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE